### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOHN MCALLISTER,                                                                                          PLAINTIFF
ADC #263924

v.                                                          4:22CV01047-DPM-JTK

WHITE, et al.                                                                                             DEFENDANTS

## ORDER

After screening John McAllister's ("Plaintiff") Amended Complaint (Doc. Nos. 6, 7) pursuant to the Prison Litigation Reform Act,[1] the Court ordered service of Plaintiff's claims against Defendants Hussein and Parker, among others. (Doc. No. 8). On January 26, 2023, summonses for Defendants Hussein and Parker were returned unexecuted. (Doc. Nos. 20, 21).

The Court cannot serve Defendants Hussein and Parker without a valid address for service. It is Plaintiff's responsibility to provide a service address for Defendants Hussein and Parker. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also FED. R. CIV. P. 4(m) (any defendant not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice). Plaintiff is directed to provide the Court an address for service for Defendants Hussein and Parker within thirty (30) days of the date of this Order. If Plaintiff does not do so, and if Defendants Hussein and Parker are not served, the Court will recommend Plaintiff's claims against them be dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 4(m).

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

IT IS SO ORDERED this 27th day of January, 2023.

                                                           _____
                                                           JEROME T. KEARNEY
                                                           UNITED STATES MAGISTRATE JUDGE