IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN MCALLISTER
#263924                                                                              PLAINTIFF

v.                          No. 4:22-cv-1047-DPM-JTK

DEOSHA WHITE, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
NAWASKI CONNERS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; VIRMESA JACKSON, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; ASIA CALLAWAY, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENA DENNIS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENNIS PARKER, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; IGNACIO MADRIGAL, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; HUSSEIN, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
JAMIE JONES, Officer/Sheriff Deputy, Pulaski
County Regional Detention Facility; and
TENISHA CLARK, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility            DEFENDANTS

ORDER

1.   The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 36*. Fed. R. Civ. P. 72(b) (1983 addition to

advisory committee notes). Hussein is dismissed as a defendant without prejudice.

2. On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 39*, and overrules McAllister's objections, *Doc. 40*. Fed. R. Civ. P. 72(b)(3). McAllister argues that the grievance procedure was unavailable to him because certain prison officials denied him access to the kiosks. *Doc. 40 at 1*. But even if he was unable to file a grievance during certain prison officials' shifts, that doesn't mean the grievance procedure was completely unavailable to him. *Ross v. Blake*, 578 U.S. 632, 643-44 (2016). And the record reflects that McAllister filed grievances and other requests on the kiosk during the relevant time period. *Doc. 34-4*.

3. Motion for partial summary judgment, *Doc. 32*, partly granted and partly denied. McAllister's claims related to 15 September 2022, 18 September 2022, 19 September 2022, 6 October 2022, 8 October 2022, 9 October 2022, 3 November 2022, and 4 November 2022 are dismissed without prejudice for failure to exhaust. His claims related to 16 October 2022, 17 October 2022, and 18 October 2022 go forward.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 August 2023