**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOHN MCALLISTER
ADC #179342** **PLAINTIFF**

**v.** **No. 4:22-cv-1047-DPM-JTK**

**DEOSHA WHITE, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; NAWASKI CONNERS, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; VIRMESA JACKSON, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; ASIA CALLAWAY, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; DENA DENNIS, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; DENNIS PARKER, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; IGNACIO MADRIGAL, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; JAMIE JONES, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility; and TENISHA CLARK, Officer/Sheriff Deputy, Pulaski County Regional Detention Facility** **DEFENDANTS**

**ORDER**

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 54*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The motion to dismiss, *Doc. 42*, is denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

12 December 2023