IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN MCALLISTER
#263924                                                          PLAINTIFF

v.                       No. 4:22-cv-1047-DPM

DEOSHA WHITE, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
NAWASKI CONNERS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; VIRMESA JACKSON, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; ASIA CALLAWAY, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENA DENNIS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENNIS PARKER, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; IGNACIO MADRIGAL, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; JAMIE JONES, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility; and
TENISHA CLARK, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility               DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 56*, as supplemented. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The word "not" was inadvertently omitted on page 10 in the sentence about McAllister's

access-to-court claim. Motion for summary judgment, *Doc. 49*, granted. McAllister's remaining claims will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2024