# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOHN MCALLISTER
#263924                                                                PLAINTIFF

v.                          No. 4:22-cv-1047-DPM

DEOSHA WHITE, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility;
NAWASKI CONNERS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; VIRMESA JACKSON, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; ASIA CALLAWAY, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENA DENNIS, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; DENNIS PARKER, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; IGNACIO MADRIGAL, Officer/Sheriff
Deputy, Pulaski County Regional Detention
Facility; HUSSEIN, Officer/Sheriff Deputy,
Pulaski County Regional Detention Center;
JAMIE JONES, Officer/Sheriff Deputy, Pulaski
County Regional Detention Facility; and
TENISHA CLARK, Officer/Sheriff Deputy,
Pulaski County Regional Detention Facility            DEFENDANTS

## JUDGMENT

McAllister's claims against Hussein are dismissed without prejudice. His remaining claims are dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*18 January 2024*